# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

144229

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                       SC: 144229
                                       COA: 295241
                                       Ingham CC: 09-583-FC

JONATHAN JEREL WILLIAMS,
     Defendant-Appellant.
_____/

       On order of the Court, the application for leave to appeal the November 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

                                   Clerk

h0514